# SCHOENBECK LAW

Lee Schoenbeck*

*Civil Trial Specialist,
Certified by the National Board
of Trial Advocacy

215 - 10th Street N.W.
P.O. Box 1325
Watertown, SD 57201-6325
Telephone: (605) 886-0010
Facsimile: (605) 886-0011

Dixie Riter, CP
Certified Paralegal

E-Mail: lee@schoenbecklaw.com
Website: www.schoenbecklaw.com

February 17, 2009

**BY FAX ONLY**

Hon. Charles B. Kornmann
ATTN: Susan Margolies
United States Courthouse
102 4th Ave. SE, Ste. 408
Aberdeen, SD 57401

    Re:    ESCO v. Advance
             Civ 07-1026

Dear Judge Kornmann:

This letter will confirm that the parties have settled the above-entitled matter. We will get a formal Stipulation to Dismiss to the Court within the next week. In the meantime, please take this as our informal notification to the Court so that the jury trial may be canceled.

Thank you for your consideration.

Sincerely,

Lee Schoenbeck

LS/dr

Cc:    David Shouvlin (by email)
       Client (by email)