```
                                                              FILED
                                                            MAR 23 2009
              UNITED STATES DISTRICT COURT
                 DISTRICT OF SOUTH DAKOTA                      [signature]
                   NORTHERN DIVISION                              CLERK
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ESCO MFG., INC., a                  *      CIV. 07-1026
Corporation                         *
                                    *
         Plaintiff,                 *
                                    *
vs.                                 *      STIPULATION FOR AND
                                    *      JUDGMENT OF DISMISSAL
ADVANCE SIGN GROUP, LLC, a          *      WITH PREJUDICE
Limited Liability Company; and      *
THE WASSERSTROM GROUP, LLC,         *
a Limited Liability Company         *
                                    *
         Defendants.                *
                                    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

   The above-entitled matter having been fully settled, compromised, and adjusted, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by the undersigned, their attorneys of record (who by their signatures hereto warrant and certify their authority to enter into this stipulation), that the above-entitled action and all causes of action set out or referred to in the pleadings may be dismissed upon the merits, with prejudice, and without further notice or costs to any party hereto. Findings of Fact and Conclusions of Law are waived.

DATED: *March 10, 2009*          PORTER WRIGHT MORRIS & ARTHUR LLP

                                 By: [signature]
                                 DAVID P. SHOUVLIN
                                 Attorney for Defendants
                                 41 S. High St., Stes. 2800-3200
                                 Columbus, OH 43215-6194
                                 (800) 533-2794
                                 dshouvlin@porterwright.com

DATED: *March 12, 2009*          SCHOENBECK LAW

                                 By: [signature]
                                 LEE SCHOENBECK
                                 Attorney for Defendant
                                 P.O. Box 1325
                                 Watertown, South Dakota  57201
                                 (605) 886-0010
                                 lee@schoenbecklaw.com

## JUDGMENT OF DISMISSAL

The Court, having read the above and foregoing Stipulation and being otherwise fully advised in the premises; it is hereby

ORDERED that the above-entitled action and all causes of action contained or referred to in the pleadings be, and they hereby are, dismissed upon their merits, with prejudice, without further notice and without taxation or costs to any party hereto.

DATED this 20th day of March 2009.

BY THE COURT:

*Charles B. Kornmann*
Honorable Charles B. Kornmann
United States District Judge

ATTEST:

*Barbara J. Daephe*
Clerk of Courts

(SEAL)